# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

|  |  |
|---|---|
| VIKTOR LAZAREV,<br><br>Petitioner,<br><br>v.<br><br>PAM BONDI, et al.,<br><br>Respondents. | Case No. 5:25-cv-03307-MWF-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is granted, in part. Respondents are ordered to arrange for an individualized, constitutionally compliant bond hearing for Petitioner before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of the issuance of this Order. The parties are ordered to file a status report within ten (10) days of the issuance of

///

///

///

this Order detailing if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial.

Date: February 3, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge