# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| VIKTOR LAZAREV, | Case No. 5:25-cv-03307-MWF-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| PAM BONDI, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.

Date: February 3, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge